# CERTIFICATE NOTICE OF APPEAL
## COUNTY COURT AT LAW NO. 13



THE STATE OF TEXAS VS. JOSE LUIS GARZA-RAMIREZ   CAUSE NO. 478490

1. Has counsel for defendant filed a motion for new trial? _____ Yes X No

   If so, date filed _____ Date motion granted/denied _____ Date new trial held _____

The defendant in this cause was convicted of the offense of ASSULT BODILY INJURY-MARRIED

2. The Honorable CRYSTAL CHANDLER presided at the trial.

3. The state was represented by: EDWARD APPLEBAUM

4. The state is represented by: EDWARD APPLEBAUM

5. The defendant was represented by: WILLIAM ORBELO

6. The defendant is represented by: MICHAEL LEE YOUNG

210-335-0701          00794895          _____          ADDRESS
    PHONE NO.        STATE BAR NO.

7. Defendant's counsel on appeal is:          Retained _____ Appointed X pro se_____

8. The trial was before the court:   A. Without a Jury _____
                                     B. A jury on guilt only _____
                                     C. A jury on punishment only _____
                                     D. jury on both guilt and punishment X

9. The sentence was imposed/suspended on 06/30/2015 at $1500 FINE $1300 PROB,CC, 2YRS PRB OVER 1YR,AFFV,BIPP, PARENTING CLASSES,TAIP EVAL,ANY RECOMS,REG UA'S,NO HIC W/NICOLE CASIMIRO,NO FIREARMS,RE W/BIPP W/IN 10 DYS, RUN CC W/478491,80 CSH,$100 FEE TO BATTERED WOMEN'S SHELTER,30 DYS BCJ AS COND OF PROB WORK RELEASE APPROVED,$50 SUPV FEE.

10. Date written notice of appeal was filed 07/02/2015

11. Defendant is: in jail _____ Free on bond in the amount of $_____ .

12. Name and address of the court reporter who reported the evidence: KANDY HALLE 300 DOLOROSA SAN ANTONIO, TEXAS 782015

13. If two or more cases were tried together, the other cases that have been or may be appealed are: (Name and cause #) 478491
***********************************************************************************
WITNESS MY HAND THIS THE 9 DAY OFJULY, 2015.

COURT REPORTER

GERARD RICKHOFF
CLERK OF COUNTY COURT AT LAW NO 13 BEXAR CO. TEXAS
BY DEPUTY

NO. 478490

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

2015 JUL -2 A II: 06

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COUNTY COURT** |
| | § | |
| **vs.** | § | **AT LAW NO. 13** |
| | § | |
| **JOSE LUIS GARZA-RAMIREZ** | § | **BEXAR COUNTY, TEXAS** |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

JOSE LUIS GARZA-RAMIREZ, Defendant in this action, on this the 2nd day of July, 2015, and within 30 days of sentence having been pronounced against him, files this written notice of appeal of the conviction to the Court of Appeals, 4th Supreme Judicial District, San Antonio, Texas.

Wherefore, premises considered, defendant prays this notice of appeal be entered of record on this date.

Respectfully submitted,
LAW OFFICE OF W. MICHAEL ORBELO
401 Isom Rd., Ste. 235
San Antonio, TX 78216
(210) 264-7539
(866) 246-2457 Fax

By:_____
W. MICHAEL ORBELO
State Bar No. 00786385
Attorney for JOSE LUIS GARZA-RAMIREZ

## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, by hand delivery.

_____
W. MICHAEL ORBELO

CERTIFIED COPY OF JUDGMENT OF CONVICTION ON PLEA OF GUILTY, JURY TRIAL

| COURT COST | FINE | TOTAL | CFTS | |
|---|---|---|---|---|
| 292.00 | 1,500.00 | 1,792.00 | | 2 YRS IN JAIL |

$1500 FINE($1300 PRB)+ $50 SUPV FEE + $100 BATTERED WOMEN'S SHELTER+ CC
1YR BCJ PROB/SUSP 2 YRS,AFFV,BIPP,PARENTING CLASSES,TAIP EVAL AND ANY RECOMS,
REG UA'S,NO HIC W/NICOLE CAIMIRO,NO FIREARMS,REG W/BIPP W/10 DYS,RUN CC 478491
80 HRS CS,30 DYS BCJ AS COND OF PROB(WORK RELEASE APPROVED),REPORT TO WRK
RELEASE BY FRI 7/3/15,DEF MAY RPT TO PRB 7/1/15 BY 11AM.PER JDG CHANDLER  MS
AFFIRMATIVE FINDING OF FAMILY VIOLENCE

1 YR PROBATION

| THE STATE OF TEXAS | JUDGMENT | CAUSE NO.   478490 |
|---|---|---|
| VS | OFFENSE   ASSAULT BODILY INJURY-MARRIED/ | |
| JOSE LUIS GARZA-RAMIREZ | | |

ON THE 30th of June, 2015, THE ABOVE ENTITLED AND NUMBERED CAUSE AS CALLED.  THE STATE OF TEXAS APPEARED BY HER ASSISTANT DISTRICT ATTORNEY, EDWARD A APPELBAUM.  THE DEFENDANT, JOSE LUIS GARZA-RAMIREZ APPEARED IN PERSON AND BY COUNSEL, WILLIAM M. ORBELO.

HAVING BEEN DULY ARRAIGNED, THE DEFENDANT ENTERE A PLEA OF GUILTY TO THE OFFENSE CHARGED IN THE INFORMATION. THE HEARING WAS BEFORE A JURY WHO, AFTER ACCEPTING THE PLEA, THE CHARGE OF THE COURT, AND ANY ARGUMENT OF COUNSEL THEREON, RENDERED A VERDICT AS FOLLOWS: WE, THE JURY, FIND THE DEFENDANT, JOSE LUIS GARZA-RAMIREZ GUILTY.
/S/ STEVEN LANDKAMER

FOREMAN

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED BY THE COURT THAT THE SAID DEFENDANT IS GUILTY OF THE OFFENSE OF: ASSAULT BODILY INJURY-MARRIED/    AS FOUND BY THE VERDICT OF THE JURY AND SAID DEFENDANT COMMITTED SAID OFFENSE ON 16th of December, 2014 AS CHARGED IN THE INFORMATION, AND THAT HE BE PUNISHED, AS DETERMINED BY THE COURT:  A FINE OF $1,500.00 AND COURT COSTS $292.00 AND 2 YRS IN JAIL.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER OF THE DEFENDANT THE SAID FINE HEREIN IMPOSED UPON HIM.  AND ALL COSTS OF THE PROSECUTION, FOR WHICH EXECUTION MAY ISSUE AGAINST THE PROPERTY OF SAID DEFENDANT; AND THAT THE DEFENDANT, BEING PRESENT IN COURT, BE COMMITTED TO JAIL, THERE TO REMAIN IN CUSTODY UNTIL SAID FINE AND ALL COSTS ARE PAID UNTIL HE SHALL HAVE FULLY SATISFIED AND DISCHARGED THE JUDGEMENT AND SENTENCE HEREIN IMPOSED UPON HIM.

ON THE 30th of June, 2015, THIS CAUSE AGAIN BEING CALLED, THE STATE APPEARED BY HER ASSISTANT CRIMINAL DISTRICT ATTORNEY, EDWARD A APPELBAUM.  THE DEFENDANT APPEARED IN PERSON AND REPRESENTED BY COUNSEL WILLIAM M. ORBELO FOR THE PURPOSE OF HEARING ON SAID DEFENDANT'S APPLICATION FOR ADULT PROBATION.  THE COURT HAVING DULY CONSIDERED ALL THE MATTERS PRESENTED IS OF THE OPINION THAT PROBATION SHOULD BE GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT THE IMPOSITION OF SENTENCE (EXCEPT THAT PORTION THEREOF PERTAINING TO A FINE OF $1,500.00 AND COSTS OF PROSECUTION $292.00, WHICH IS HEREBY ORDERED EXECUTED) IS SUSPENDED.  TH DEFENDANT IS HEREBY PLACED ON ADULT PROBATION FOR A TERM OF 1 YR EFFECTIVE ON THE 30th of June, 2015  AND CONDITIONED THAT THE DEFENDANT FULLY COMPLIES WITH AND ABIDES BY  ALL THE TERMS OF PROBATION AS ARE CONTAINED IN THE ORDER GRANTING PROBATION, WHICH ORDER IS ATTACHED HERETO AND  MADE A PART OF THIS JUDGMENT.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER FROM SAID DEFENDANT (THE FINE HERETOFORE IMPOSED AND) ALL COSTS OF PROSECUTION FOR WHICH EXECUTION MAY ISSUE.

THE COURT THEREUPON FULLY ADVISED THE DEFENDANT OF HIS APPELLATE RIGHTS.

AS IT APPEARING THAT THE DEFENDANT HAS BEEN IN JAIL, FROM THE TIME OF HIS ARREST AND CONFINEMENT ON THE FOLLOWING DATE(S):  N/A   HE IS HEREBY GIVEN CREDIT FOR THE SAID DEFENDANT HAS SPENT IN JAIL IN SAID CAUSE.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER FROM SAID DEFENDANT ALL COSTS OF PROSECUTION FOR WHICH EXECUTION MAY ISSUE.

SIGNED AND ENTERED OF RECORD THIS 30th of June, 2015.

| RIGHT THUMB | SIGNATURE | JUDGE, COUNTY COURT AT LAW NO. CC13 BEXAR COUNTY, TEXAS |
|---|---|---|

CC478490

| | | | | |
|---|---|---|---|---|
| CCC $$ 83.00 | CAA $ T. | CLK $ 40.00 | DA $ 25.00 | JF $ 15.00 |
| JURY $ 20.00 | RMP $ 22.50 | CS $ 3.00 | TP $ 25.00 | JR $ 4.00 |
| CCRMF $ 2.50 | JSF $ 6.00 | INDIG $ 2.00 | CRTCH $ 4.00 | FINE $ 1500.00 |
| FN PROB 1300.00 | EFF-CIV 5.00 | PEACE OF 35.00 | | |

**TOTAL   1,792.00**

# THE STATE OF TEXAS

# COUNTY OF BEXAR            CERTIFICATE

*I, GERARD RICKHOFF, CLERK OF THE COUNTY AT LAW NO. CC13, OF BEXAR COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE JUDGMENT OF CONVICTION AND SENTENCE IN THE CAUSE STYLED, THE STATE OF TEXAS VS. JOSE LUIS GARZA-RAMIREZ AND BEING NO. 478490 IN THE CRIMINAL DOCKET OF SAID COURT, AND AS APPEARS IN THE CRIMINAL MINUTES OF SAID COURT IN SUCH CAUSE.*

*IN TESTIMONY WHEREOF WITNESS MY HAND AND OFFICIAL SEAL IN THE COUNTY OF BEXAR, TEXAS, ON THIS THE 30th of June, 2015.*



*GERARD RICKHOFF*
*CLERK, COUNTY COURT AT LAW NO. CC13*
*BEXAR COUNTY, TEXAS*

BY: _____ *DEPUTY*

# SHERIFF'S RETURN

Came to hand the _____ day of _____, A.D. 20_____.
And executed the _____ day of _____, A.D. 20_____.
By _____

_____

_____

_____
SHERIFF, BEXAR COUNTY, TEXAS

BY _____ Deputy

No. 478490

| STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| VS | § | AT LAW # 13 |
| Aselui, Garzu-Ramirez | § | BEXAR COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (TEX. R. APP. P. 25.2(a)(2)(A)); (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (TEX. R. APP. P. 25.2(a)(2)(B)); (or)

☐ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's actions revoking the community supervision, but not the underlying conviction (TEX. CODE CRIM. PROC. 42.12 § 23(b));

☐ is an adjudication of guilt following a deferred adjudication, and defendant has limited right of appeal (TEX. CODE CRIM. PROC. 42.12 § 5 (b));

☐ is a decision on the defendant's motion for forensic DNA testing, and the defendant has the right of appeal (TEX. CODE CRIM. PROC. 64.05);

☐ is one in which the defendant has waived the right of appeal.

_____ Judge

_____6/30/15_____ Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgments and opinions to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review with the Texas Court of Criminal Appeals. TEX. R. APP. P. 68.2

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant:

Mailing address: 806 Romero

Telephone Number: 210-318-7909

Fax Number if any: _____

_____
Defendant's Counsel: L. Ck Orbelo

State Bar of Texas ID No. 00786785

Mailing Address: _____

Telephone Number: _____

Fax Number if any: _____

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).